DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SALLY WYNN,**
Appellant,

v.

**EDWARD G. ADAMS** and **RICHARD DIPIETRO,**
Appellees.

No. 4D2025-1383

[May 7, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Ori Feistmann Silver, Judge; L.T. Case No. 502024SC010663XXXASB.

Sally Wynn, Lake Worth, pro se.

No appearance by appellees.

PER CURIAM.

*Affirmed.*

GROSS, MAY and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***